UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA WARNER,

               Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.

_____/

Case No. 1:25-cv-562

HON. ROBERT J. JONKER

## <u>ORDER APPROVING MAGISTRATE'S</u><br><u>REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

NOW THEREFORE, the Report and Recommendation (ECF No. 13) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

The decision of the Commissioner of Social Security is hereby **AFFIRMED**.

Dated:  <u>May 12, 2026</u>

           <u>/s/ Robert J. Jonker</u>
           ROBERT J. JONKER
           UNITED STATES DISTRICT JUDGE